Argued and submitted October 18, 2018; reversed and remanded May 28; on respondent's petition for reconsideration filed June 11, reconsideration allowed by opinion August 5, 2020
See 305 Or App 705, 471 P3d 159 (2020)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TREVOR MICHAEL RYAN,
*Defendant-Appellant.*

Lane County Circuit Court
16CR60796; A164233

466 P3d 74

Clara L Rigmaiden, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services, argued the cause and filed the briefs for appellant.

Joanna L. Jenkins, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General and Benjamin Gutman, Solicitor General.

Before Ortega, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.*

PER CURIAM

Reversed and remanded. *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020).

_____

* Egan, C. J., *vice* Garrett, J. pro tempore.